1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )  CASE NO. 08-197 GEB
                                   )
11              Plaintiff,         )  STIPULATION AND ORDER TO MODIFY
                                   )  RELEASE CONDITIONS
12  v.                             )
                                   )
13  JIMMIE DESHONE GRIFFEN,et.al.  )
                                   )
14              Defendants.        )
                                   )
15                                 )
                                   )
16                                 )
                                   )
17                                 )
                                   )
18  ─────────────────────────────

19

20      Defendant Jimmie Deshone Griffen, his undersigned counsel and

21  plaintiff, United States of America, hereby stipulate through their

22  respective attorneys to modify the conditions of his pre-trial

23  release to include the following condition:

24      You shall participate in a program of medical or psychiatric

25  treatment, including treatment for drug or alcohol dependency, as

26  approved by the pre-trial services officer.

27      The parties agree that this condition is appropriate and should

28  be added to the existing conditions of Mr. Griffen's release.

                            1

Respectfully submitted,

Dated: October 6, 2011          /s/ Shari Rusk
                                Attorney for Defendant
                                Jimmie Deshone Griffen


                                /s/ Todd Leras
                                Assistant United States Attorney



                            **ORDER**

    Based on the stipulation of the parties and good cause being shown, the defendant's conditions of pre-trial released are hereby modified to include a condition of counseling under the supervision of pre-trial services.

Dated:  October 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2