```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-08-0197 GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING SENTENCING |
| v. | ) | HEARING AND MODIFYING PRE- |
| | ) | SENTENCE REPORT DISCLOSURE |
| MICHAEL CRAIG DENNIS, | ) | SCHEDULE |
| | ) | |
| Defendant. | ) | DATE: October 7, 2011 |
| | ) | TIME: 9:00 a.m. |
| | ) | COURT: Hon. Garland E. Burrell, |
| | ) | Jr. |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Hugh Anthony Levine, Counsel for Defendant Michael Dennis, that the sentencing hearing date of October 7, 2011, be continued to December 2, 2011, at 9:00 a.m.

The request to continue the sentencing hearing is made on the ground that the parties require additional time to develop and present pertinent information bearing upon defendant's sentence. Defendant has previously entered a guilty plea. Continuing the sentencing hearing therefore has no bearing on

1

time considerations under the Speedy Trial Act. The parties have consulted with the assigned United States Probation Officer to confirm her availability on the requested date.

The parties agree to the following schedule for the disclosure of pre-sentence report, which has been approved by the assigned probation officer:

| | |
|---|---|
| Proposed PSR to Counsel: | Completed |
| Counsel's Written Objections to Probation | Completed |
| Pre-Sentence Report Filed with Court | November 3 |
| Motions for Correction to PSR | November 10 |
| Reply or Statement of Non-Opposition | November 18 |

Hugh Anthony Levine agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: October 4, 2011    By: /s/ Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney

DATED: October 4, 2011    By: /s/ Todd D. Leras for
HUGH ANTHONY LEVINE
Attorney for Defendant
MICHAEL DENNIS

**IT IS HEREBY ORDERED:**

1. The sentencing hearing set for October 7, 2011, is continued to December 2, 2011, at 9:00 a.m.

2. The schedule for disclosure of the pre-sentence report is modified as set forth in the stipulation of the parties.

IT IS SO ORDERED.

Dated: October 20, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge