BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-08-0197 GEB |
| Plaintiff, | |
| | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING AND MODIFYING PRE-SENTENCE REPORT DISCLOSURE SCHEDULE |
| v. | |
| MICHAEL CRAIG DENNIS, | |
| Defendant. | DATE: December 2, 2011 |
| | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Hugh Anthony Levine, Counsel for Defendant Michael Dennis, that the sentencing hearing date of December 2, 2011, be continued to March 2, 2012, at 9:00 a.m.

   The request to continue the sentencing hearing is made on the ground that the parties require additional time to develop and present pertinent information bearing upon defendant's sentence.  Defendant has previously entered a guilty plea. Continuing the sentencing hearing therefore has no bearing on

1

time considerations under the Speedy Trial Act.  The parties have consulted with the United States Probation Office to confirm that the requested date is acceptable to that office.

Hugh Anthony Levine agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: November 30, 2011    By: /s/ Todd D. Leras
    TODD D. LERAS
    Assistant U.S. Attorney

DATED: November 30, 2011    By: /s/ Todd D. Leras for
    HUGH ANTHONY LEVINE
    Attorney for Defendant
    MICHAEL DENNIS

**IT IS HEREBY ORDERED:**

The sentencing hearing set for December 2, 2011, is continued to March 2, 2012, at 9:00 a.m.

Dated: December 1, 2011

GARLAND E. BURRELL, JR.
United States District Judge