```
1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656
```

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
|  | ) | CONTINUING STATUS CONFERENCE |
| v. | ) |  |
|  | ) | Date:  June 8, 2012 |
| JIMMIE DESHONE GRIFFEN, et.al. | ) | Time:  9:00 a.m. |
|  | ) | Judge: Hon. Garland E. |
| Defendants. | ) | Burrell, Jr. |

    Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for April 27, 2012 to June 8, 2012 at 9 a.m. if that date is available with the Court.

    The government and Mr. Griffen are working toward a resolution and the defense is engaged in on going investigation.  The parties further agree that the above reason constitutes good cause to exclude the time until the June 8, 2012 status conference.  Time should be

1

excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: April 23, 2012 /s/ Shari Rusk
Attorney for Defendant
Jimmie Deshone Griffen


/s/ Todd Leras
Assistant United States Attorney


**ORDER**

It is so ordered.

Dated: April 24, 2012

GARLAND E. BURRELL, JR.
United States District Judge