```
 1  SHARI RUSK, Bar. No. 170313
    Attorney at Law
 2  P.O. Box 188945
    Sacramento, California  95818
 3  Telephone: (916) 804-8656
 4
 5
 6
 7               IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )  CASE NO. 08-197 GEB
                                   )
11                Plaintiff,       )  STIPULATION AND ORDER
                                   )  CONTINUING STATUS CONFERENCE
12  v.                             )
                                   )  Date:  May 24, 2013
13  JIMMIE DESHONE GRIFFEN,et.al.  )  Time:  9:00 a.m.
                                   )  Judge: Hon. Garland E.
14                Defendants.      )  Burrell, Jr.
                                   )
15                                 )
                                   )
16                                 )
                                   )
17                                 )
                                   )
18  ─────────────────────────────
19
20      Defendant Jimmie Deshone Griffen, his undersigned counsel and
21  plaintiff, United States of America, hereby stipulate through their
22  respective attorneys to continue the status conference previously set
23  for April 12, 2013 at 9 a.m. to May 24, 2013 and that date is
24  available with the Court.
25       The government and Mr. Griffen are working toward a resolution
26  and the defense is engaged in on going investigation.  The parties
27  further agree that the above reason constitutes good cause to exclude
28  the time until the May 24, 2013 status conference.  Time should be
```

1

excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: April 9, 2013         /s/ Shari Rusk
                             Attorney for Defendant
                             Jimmie Deshone Griffen


                             /s/ Todd Leras
                             Assistant United States Attorney


**ORDER**

It is so ordered.

Dated:  April 12, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge