1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )  CASE NO. 08-197 GEB
                                    )
11                 Plaintiff,       )  STIPULATION AND ORDER
                                    )  CONTINUING STATUS CONFERENCE
12 v.                               )
                                    )  Date:    June 28, 2013
13 JIMMIE DESHONE GRIFFEN,et.al.    )  Time:    9:00 a.m.
                                    )  Judge:   Hon. Garland E.
14                 Defendants.      )  Burrell, Jr.
                                    )
15                                  )
                                    )
16                                  )
                                    )
17                                  )
                                    )
18 ‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗

19

20      Defendant Jimmie Deshone Griffen, his undersigned counsel and

21 plaintiff, United States of America, hereby stipulate through their

22 respective attorneys to continue the status conference previously set

23 for May 24, 2013 to June 28, 2013 and that date is available with the

24 Court.

25      The government and Mr. Griffen are working toward a resolution

26 and the defense is engaged in on going investigation.  The parties

27 further agree that the above reason constitutes good cause to exclude

28 the time until the June 28, 2013 status conference.  Time should be

                                1

excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: May 21, 2013   /s/ Shari Rusk
         Attorney for Defendant
         Jimmie Deshone Griffen

         /s/ Todd Leras
         Assistant United States Attorney

**ORDER**

It is so ordered.

Dated:  May 21, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2