```
 1  SHARI RUSK, Bar. No. 170313
    Attorney at Law
 2  P.O. Box 188945
    Sacramento, California  95818
 3  Telephone: (916) 804-8656

 4

 5

 6

 7                 IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,       )  CASE NO. 08-197 GEB
                                    )
11                 Plaintiff,       )  STIPULATION AND ORDER
                                    )  CONTINUING STATUS CONFERENCE
12  v.                              )
                                    )  Date:  August 2, 2013
13  JIMMIE DESHONE GRIFFEN,et.al.   )  Time:  9:00 a.m.
                                    )  Judge: Hon. Garland E.
14                 Defendants.      )  Burrell, Jr.
                                    )
15                                  )
                                    )
16                                  )
                                    )
17                                  )
                                    )
18  _____

19

20       Defendant Jimmie Deshone Griffen, his undersigned counsel and

21  plaintiff, United States of America, hereby stipulate through their

22  respective attorneys to continue the status conference previously set

23  for June 28, 2013 to August 2, 2013 and that date is available with

24  the Court.

25       The government and Mr. Griffen are working toward a resolution

26  and the defense is engaged in on going investigation.  The parties

27  further agree that the above reason constitutes good cause to exclude

28  the time until the August 2, 2013 status conference.  Time should be
```

1  excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)

2  and (B)(iv), for the reasons stated above.

3
                                    Respectfully submitted,
4
   Dated: June 25, 2013            /s/ Shari Rusk
5                                   Attorney for Defendant
                                    Jimmie Deshone Griffen
6

7

8                                   /s/ Todd Leras
                                    Assistant United States Attorney
9

10

11
                              **ORDER**
12
        It is so ordered.
13

14 Dated:  June 26, 2013

15

16 _____
   GARLAND E. BURRELL, JR.
17 Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28